**Opinion filed July 28, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00086-CV

_____

## IN THE INTEREST OF E.B.N.R., A CHILD

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM58,482**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order in which the trial court terminated the parental rights of the mother and the unknown and alleged fathers of E.B.N.R. The mother filed a notice of appeal. We dismiss the appeal.

The mother's court-appointed counsel has filed a motion to withdraw and a supporting brief in which he professionally and conscientiously examines the record and applicable law and concludes that the appeal is frivolous. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008); *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978).

In light of a recent holding by the Texas Supreme Court, however, an *Anders* motion to withdraw "may be premature" if filed in the court of appeals under the circumstances presented in this case. *See In re P.M.*, No. 15-0171, 2016 WL 1274748, at *3 (Tex. Apr. 1, 2016). The court in *P.M.* stated that "appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief." *Id.*

Appellant's counsel provided Appellant with a copy of the brief, the motion to withdraw, the complete reporter's record, and a motion for pro se access to the appellate record. Counsel also informed Appellant of her right to review the record and file a pro se response to counsel's brief. In compliance with *Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014), counsel provided Appellant with a form motion to file in this court to obtain access to the reporter's record and the clerk's record. We conclude that Appellant's counsel has satisfied his duties under *Anders*, *Schulman*, and *Kelly*. We note that Appellant did not file in this court the pro se motion for access to the appellate record. Nor did she file a pro se response to counsel's *Anders* brief.

Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree that the appeal is without merit and should be dismissed. *See Schulman*, 252 S.W.3d at 409. However, in light of *P.M.*, we deny the motion to withdraw that was filed by Appellant's court-appointed counsel. *See P.M.*, 2016 WL 1274748, at *3.

Counsel's motion to withdraw is denied, and the appeal is dismissed.

PER CURIAM

July 28, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.